## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                 :     **CIVIL ACTION NOS. 18-CV-2201**
THOMAS PICOZZI,          :                    **18-CV-2235**
Plaintiff.                :                    **18-CV-2238**
                              :                    **18-CV-2239**
                              :                    **18-CV-2277**
                              :                    **18-CV-2324**
                              :                    **18-CV-2327**
                              :                    **18-CV-2532**
                              :                    **18-CV-2616**
                              :                    **18-CV-2771**

FILED

JUL 1 2 2018

KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 12ᵗʰ day of July 2018, upon consideration of Plaintiff Thomas Picozzi's

Motions to Proceed *In Forma Pauperis* and Complaints in Civil Action Nos. 18-2532, 18-2616,

and 18-2771, as well as his failure to respond to the June 8, 2018 Order by Judge Kearney

directing Picozzi to show cause as to why he should not be enjoined from filing cases *in forma*

*pauperis* in light of his abuse of that privilege, it is **ORDERED** that:

1. Picozzi is **GRANTED** leave to proceed *in forma pauperis* in Civil Action

Nos. 18-2532, 18-2616, and 18-2771.

2. The Complaints in Civil Action Nos. 18-2532, 18-2616, and 18-2771 are

**DISMISSED** for the reasons discussed in the Court's Memorandum. Picozzi may not file an

amended complaint in these cases. All of Picozzi's claims are **DISMISSED with prejudice**

with the exception of claims dismissed for lack of subject matter jurisdiction, which are

**DISMISSED without prejudice** to Picozzi refiling his claims in state court.

3. For the reasons set forth in the Court's Memorandum, Picozzi is **ENJOINED**

from filing any new civil cases *in forma pauperis* with the exception of any *habeas* cases or,

should he end up incarcerated, cases challenging the conditions of his confinement for a period

of two (2) years from the date of this Order. Picozzi is also **ENJOINED** from filing any documents or motions in the cases he has already filed—Civil Action Numbers 18-1998, 18-2032, 18-2033, 18-2201, 18-2235, 18-2238, 18-2239, 18-2210, 18-2277, 18-2324, 18-2327, 18-2439, 18-2532, 18-2616, and 18-2771—with the exception of a motion for reconsideration of this Order filed within twenty-eight (28) days of the date of this Order, or a notice of appeal.

The Clerk of Court shall not docket any civil non-*habeas* case covered by this injunction unless Picozzi pays $400 to the Clerk of Court. If Picozzi submits any documents or new cases to this Court that are covered by this injunction, the Clerk of Court is directed to return those papers to Picozzi along with a copy of this Order.

4. The Clerk of Court shall **CLOSE** Civil Action Nos. 18-2532, 18-2616, and 18-2771.

**BY THE COURT:**

_____
**GERALD A. MCHUGH, J.**